

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Barry K. Myrvold
*Special Federal Litigator*
(212) 788-939_
(212) 788-9776 (f__)
bmyrvold@law.nyc.gov

August 31, 2007

By Facsimile 212 805 7927
Hon. Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2270
New York, New York 10007-1312

    Re:   Teddy Farmer v. The City of New York, et al.,
          07-CV-2982 (NRB)

Your Honor:

    I am an attorney in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for the defendants City of New York, and Police Officers Derrick McIntosh and Vlad Kogan, and Police Sergeant Roberto Dominicci in this action. I am writing on behalf of the parties to jointly request that this case be placed on a discovery track. The parties have discussed the remaining outstanding discovery and believe that four months should be sufficient.

    Since the August 15, 2007 initial conference, the parties exchanged their respective initial disclosures and attempted to settle this case, but, obviously, have not been successful. We will, of course, continue settlement discussions throughout discovery and will advise you if we need assistance from the Magistrate Judge.

    Thank you for your consideration herein.

                                                  Respectfully submitted,

                                                  Barry K. Myrvold (BM6908)

cc:   Richard Cardinale, Esq.         **By Facsimile 212 624 4748**
      Cardinale & Marinelli
      *Attorneys for Plaintiff*

---

**Memo Endorsed / Endorsement:**

All discovery shall be completed by December 14, 2007 at which time counsel shall submit a letter to the court stating whether summary judgment motions are contemplated. So Ordered.

[signature]
9/4/07