SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

TEDDY FARMER,

                               Plaintiff,

-against-

THE CITY OF NEW YORK, POLICE OFFICER
DERRICK MCINTOSH (Shield 8849), POLICE
OFFICER VLAD KOGAN, SERGEANT ROBERTO
DOMINICCI, POLICE OFFICERS JOHN DOES 1-5,

                              Defendants.
--------------------------------------------------------X

**STIPULATION AND ORDER**

07 CV 2982 (NRB)

USDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/07

**IT IS HEREBY STIPULATED AND ORDERED** that plaintiff may file an amended complaint and join additional parties on or before November 16, 2007.

_____
Richard J. Cardinale (RC8507)
Cardinale & Marinelli
Attorneys for Plaintiff
26 Court Street, Suite 1815
Brooklyn, New York 11242
(718) 624-9391

_____
Barry Myrvold (BM6908)
Assistant Corporation Counsel
Attorney for Defendant
100 Church Street
New York, New York 10007
(212) 788-9391

SO ORDERED this 26th day of October, 2007
New York, New York

_____
The Honorable Naomi Reice Buchwald